IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DALE A. COPEMANN,

    Plaintiff,

v.                                            CASE NO. 1:10cv229-MP-GRJ

BRAIN FUNDENBURG and
EDWARD D. WILKINS,

    Defendants.
_____/

**O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated October 3, 2011. (Doc. 12). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a de novo determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Plaintiff's Second Amended Complaint (doc. 10) is DISMISSED for failure to state a claim upon which relief may be granted, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

3. Plaintiff's Amended Motion for Leave to Proceed Informa Pauperis (doc. 9) is DENIED.

**DONE and ORDERED** this 3rd day of November, 2011.

                                                            *s/ M. Casey Rodgers*
                                                          **M. CASEY RODGERS**
                                                          **CHIEF UNITED STATES DISTRICT JUDGE**